**CAPITOL SERVICES**

Capitol Corporate Services, Inc.
Austin, TX 78767
Phone: (800) 345-4647  Fax: (800) 432-3622
rassop@capitolservices.com

## Service Of Process Transmittal Notice

| | |
|---|---|
| KARA E HARCHUCK<br>HUNT COMPANIES<br>980 N MICHIGAN AVE STE 1150<br>CHICAGO ILLINOIS 60611 | **Date Processed:** 02/17/2023 |
| | **Completed By:** RENEE CALDECOTT |
| | **Delivery Method to Client:** FEDEX 2 DAY |
| | **Tracking Number:** 394746716620 |

Enclosed please find legal documents received on behalf of the client named below. These documents are being forwarded in accordance with your instructions.

| **Date / Time Received**<br>02/17/2023 11:00 AM in MISSISSIPPI | **Transmittal #**<br>MS-240177 | **Delivered to Agent by**<br>PROCESS SERVER |
|---|---|---|

**With Regard to Client**

HUNT MILITARY COMMUNITIES MGMT., LLC

**Title of Case or Action**

CRYSTAL CLEAR CLEANING, LLC VERSUS HUNT MILITARY COMMUNITIES MGMT, LLC

| **Case Number**<br>A240223-27 | **Type of Document Served**<br>CITATION/SUMMONS |
|---|---|

**Court Name**

CIRCUIT COURT OF THE SECOND JUDICIAL DISTRICT OF HARRISON COUNTY, MS

**Note**

1-240177F

Exhibit A

### IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI
### SECOND JUDICIAL DISTRICT

**CRYSTAL CLEAR CLEANING, LLC**                              **PLAINTIFF**

**VERSUS**                              CAUSE NO.: _A2240223-27_

**HUNT MILITARY COMMUNITIES**
**MGMT, LLC**                              **DEFENDANT**

---

### SUMMONS

---

TO:   HUNT MILITARY COMMUNITIES MGMT, LLC
.     REGISTERED AGENT: CAPITAL CORPORATE SERVICES, INC.
      248 EAST CAPITOL STREET, SUITE 840
      JACKSON, MISSISSIPPI 39201

### THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to William Alex Brady, II, attorney for Plaintiff Crystal Clear Cleaning, LLC, whose street address is 600 East Railroad Street, Long Beach, Mississippi 39560. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this Summons and Complaint or a judgment by default may be entered against you for the money or other things demanded in the Complaint. You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of this Court, this the _8th_ day of February, 2023.

_Connie Ladner_
CIRCUIT COURT CLERK

By: _[signature]_

WILLIAM ALEX BRADY, II (MSB# 101418)
BRADY LAW FIRM, PLLC
600 East Railroad Street
Long Beach, Mississippi 39560
T: (228) 575-4474 / F: (228) 575-4474
*Attorney for Plaintiff*

IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI
SECOND JUDICIAL DISTRICT

**CRYSTAL CLEAR CLEANING, LLC**                                                    **PLAINTIFF**

**V.**                                                  CAUSE NO.: *A240223-27CLS*

**HUNT MILITARY COMMUNITIES**
**MGMT, LLC**                                                          **DEFENDANT**

*FILED FEB - 8 2023 Connie Ladner, Circuit Clerk BY: _____ D.C.*

**COMPLAINT**

COMES NOW Plaintiff Crystal Clear Cleaning, LLC, by and through its attorney of
record, William Alex Brady II and Brady Law Firm, PLLC, and files this, its Complaint against
Defendant Hunt Military Communities Mgmt., LLC, and in support thereof would state:

## I.    PARTIES/JURISDICTION

1.    Plaintiff Crystal Clear Cleaning, LLC is a Mississippi limited liability company
with its principal place of business located in the First Judicial District of Harrison County,
Mississippi.  Crystal Clear Cleaning may be served with process through its counsel of record,
William Alex Brady, II and Brady Law Firm, PLLC at 600 East Railroad Street, Long Beach,
Mississippi 39560.

2.    Defendant Hunt Military Communities Mgmt., LLC is a Texas limited liability
company with its principal place of business located at 601 North Mesa, Suite 1900, El Paso, Texas
79901. Hunt Military Communities Mgmt., LLC may be served with process through its registered
agent, Capital Corporate Services, Inc. at 248 East Capitol Street, Suite 840, Jackson, Mississippi
39201.

3.     This lawsuit involves a breach of contract occurring in the Second Judicial District of Harrison County, Mississippi.   Plaintiff is seeking less than $75,000 in recovery from Defendant.

4.     Jurisdiction and venue are proper in this Court.

## II.     FACTS

1.     Plaintiff Crystal Clear Cleaning, LLC ("Crystal Clear") is engaged in the business of providing residential and commercial cleaning services on the Gulf Coast.  Rebecca Chadwick is the manager of Crystal Clear and has engaged in the business for many years.   Rebecca Chadwick is married to Steven Chadwick who assists in the management of the business.  Mr. Chadwick has previously engaged in work on military facilities.

2.     Defendant Hunt Military Communities Mgmt., LLC ("Hunt") provides property management services for military housing on and off military bases, including Keesler Air Force Base.

3.     On or about March 2022 the Chadwicks were contacted by agents of Hunt who Mr. Chadwick knew from previous work.  Hunt contacted Crystal Clear order to obtain Crystal Clear's services in cleaning and repairing houses on Keesler Air Force Base in Biloxi, Mississippi, as well as military housing off the base.  Specifically, Hunt requested the services of Crystal Clear to "turn houses," which includes cleaning, repainting and repairing walls and ceilings, in order to prepare the home for new residents.  Hunt also requested Crystal Clear's services in cleaning various other facilities on the base, including community centers.

4.     Pursuant to a request by Hunt, on or about March 2022 Crystal Clear delivered a document entitled "Crystal Clear Cleaning, LLC – WORKS CONTRACT PROPOSAL."  *See* Exhibit A.

5.     On or about April 7, 2022, Mr. Brian Harrison, on behalf of Hunt, sent an email to Crystal Clear indicating Hunt was sending an "Official Contract" "so we can get this train moving." Hunt also provided a document indicating the "SCOPE OF WORK" that Crystal Clear would be performing. *See* Exhibit B. The documents provided for a "Contract Start Date" of May 1, 2022 and a "Contract End Date" of December 31, 2024. *See* Exhibit B. The Contract was executed by Crystal Clear on or about April 12, 2022. Following execution of the Contract by Crystal Clear, Hunt provided an email acceptance.

6.     On or about April 13, 2022, Brian Harrison sent an email to Crystal Clear requesting information "in order to complete the contract." He also indicated, "Once I get this, I can draw up the contract and have it to you." *See* Exhibit C.

7.     On or about April 15, 2022, Crystal Clear contacted Brian Harrison regarding the "start date for works commencement," and Mr. Harrison responded, "I was going to start it for the 20th of April." *See* Exhibit C.

8.     On or about May 2, 2022, Crystal Clear sent Mr. Blackmarr an email regarding appropriate times to enter the facility for cleaning. Mr. Chadwick stated, "As we are starting the contract on Wednesday is it Ok for us to come in during the day, this will enable us to see the windows outside in order to clean them properly." Mr. Blackmarr responded by stating, "I see no problem with this." *See* Exhibit D.

9.     In addition to email communications, Crystal Clear communicated with Mr. Blackmarr and Mr. Harrison through text messages regarding the contract and beginning work. In order to prepare, Crystal Clear agents, with the assistance of Hunt, inspected three separate houses, both on and off base, in order to understand the work required for the different size houses. The parties also went through the process of obtaining base passes for Crystal Clear's agents. At one

point, on or about April 29, 2022, the parties discussed a start date and Hunt. Crystal Clear asked

if they should start work on Tuesday and Hunt indicated, "No, probably Wednesday after they

signed and yes." *See* <u>Exhibit E</u>.

     10.    Crystal Clear believed at all times, based on representations by Hunt, that their

contract had been accepted and that they were to begin work. Hunt agents represented to Crystal

Clear at all times that a contract existed and that they would begin work within a short period of

time. Crystal Clear, on instruction from Hunt, traveled to the base on two separate occasions to

begin work, but was then instructed to leave as Hunt was not ready to begin at that time.

     11.    Despite Crystal Clear's ability and willingness to perform the work agreed upon by

the parties, Crystal Clear was informed that it would not be allowed to perform work as agreed.

Crystal Clear was also informed that Mr. Harrison had left Hunt's employment.

     12.    In reliance upon the representations of Hunt, Crystal Clear hired additional

employees and purchased additional equipment, such as a vehicle, pressure washer and trailer

painting equipment, in order to perform the work during the time periods specified.

     13.    Crystal Clear has been damaged as a result of the Agreement between Hunt and

Crystal Clear, and in reliance upon the representations of Hunt. Crystal Clear will prove damages

at trial in the amount of approximately $40,000 but less than $75,000.

## III.   CLAIMS

## A.   BREACH OF CONTRACT AND DETRIMENTAL RELIANCE

     1.    Crystal Clear entered into a valid and binding contractual agreement with Hunt as

evidenced by the communications with Hunt agents on behalf of Hunt. A contract with Hunt was

created verbally by Hunt agents and by Crystal Clear detrimentally relying upon the

representations of Hunt.

2.     Crystal Clear was willing and able to perform the agreed upon services and attempted to carry out the work.  Hunt, at all times, represented to Crystal Clear that its services would be utilized as agreed by the parties.  Hunt also took action, such as providing base passes, in furtherance of the agreement.

3.     Hunt breached the contractual agreement with Crystal Clear, and as a result, Crystal Clear suffered damages.

4.     Hunt must be held liable for its breach of contract in an amount to be proven at the time of trial but known to exceed $40,000.

**B.     EQUITABLE ESTOPPEL**

1.     Crystal Clear relied upon the representations of Hunt that an agreement existed between the parties.  Hunt must be equitably estopped from breaching the agreement.

2.     Crystal Clear relied upon the representations and conduct of Hunt and changed its position to purchase equipment and hire employees necessary to carry out the agreement.

3.     This Court should find that Hunt is equitably estopped from claiming a contract did not exist and Crystal Clear should be allowed to recover all damages incurred as a result of its reliance upon the representations and conduct of Hunt.

4.     Crystal Clear requests all damages incurred by it in an amount to be proven at the time of trial but known to exceed $40,000.

**C.     NEGLIGENT MISREPRESENTATION**

1.     Crystal Clear is entitled to recover for Hunt's negligent misrepresentation which caused damage to Crystal Clear.  Hunt agents made misrepresentations of fact regarding the existence of an agreement.  The misrepresentations were material.  If no contract existed, then Hunt's agents failed to exercise reasonable care in ensuring that a contract did in fact exist before

making false representations to Crystal Clear. Crystal Clear reasonably and justifiably relied upon the representations of Hunt and purchased equipment and hired employees as a result of Hunt's representations.

2.     Crystal Clear has suffered damages as a result of its reliance on misrepresentations of Hunt and Crystal Clear should recover all damages suffered by it in an amount to be proven at trial but known to exceed $40,000.

### D.     BREACH OF THE DURY OF GOOD FAITH AND FAIR DEALING

1.     Implied in every contract in Mississippi is a covenant that the parties will deal fairly and in good faith.

2.     Crystal Clear acted in good faith by providing a proposal as requested, providing all information requested, executing all documents requested and purchasing equipment and hiring employees to provide the contracted for services.

3.     Hunt did not act in good faith and did not deal fairly with Crystal Clear. Hunt continuously informed Crystal Clear that a contract had been agreed upon and that Crystal Clear would be allowed to start work. Hunt even took steps to ensure that Crystal Clear could perform the work by obtaining base passes and taking other steps to begin work.

4.     Hunt, at no time, informed Crystal Clear that a contract had not been entered into or that Crystal Clear could not perform the agreed upon work. Crystal Clear incurred damages as a result of hiring employees and purchasing equipment in order to ensure it could carry out the work. Only after Crystal Clear had incurred significant expenses did Hunt indicate that no agreement had been entered into by the parties.

5.     Hunt must be held liable for its breach of the duty of good faith and fair dealing and Crystal Clear should recover all damages incurred as a result of Hunt's breach.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Crystal Clear Cleaning , LLC requests judgment in its favor awarding the following damages:

1.    Any and all damages incurred as a result of Hunt's breach of contract and detrimental reliance in an amount to be proven at trial;

2.    Any and all damages incurred on a theory of equitable estoppel in an amount to be proven at trial;

3.    Any and all damages incurred as a result of Hunt's negligent misrepresentation in an amount to be proven at the trial;

4.    Any and all damages incurred as result of Hunt's breach of the duty of good faith and fair dealing in an amount to be proven at trial;

5.    All attorney's fees and costs incurred in being forced to bring this action; and

6.    Such other and further relief as the Court deems just and equitable.

RESPECTFULLY submitted this the ___2___ day of February, 2023.

CRYSTAL CLEAR CLEANING, LLC

REBECCA CHADWICK
*Manager of Crystal Clear Cleaning, LLC*

STATE OF MISSISSIPPI
COUNTY OF HARRISON

PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for the jurisdiction aforesaid, the within named Rebecca Chadwick, Manager of Crystal Clear Cleaning, LLC, who, after being first duly sworn by me, stated on her oath that the matters and things contained in the above and Complaint are true and correct as therein stated.

REBECCA CHADWICK

SWORN TO AND SUBSCRIBED BEFORE ME, this the 2nd day of February 2023.

NOTARY PUBLIC
My Commission Expires: 06·28·2026

ID # 10991
RIKKI L. MASON
Commission Expires
June 28, 2026

Prepared and Submitted By:

**WILLIAM ALEX BRADY, II (MSB# 101418)**
**BRADY LAW FIRM, PLLC**
600 East Railroad Street
Long Beach, Mississippi 39560
T: (228) 575-4474 / F: (228) 575-4472
alex.brady@alexbradylaw.com
*Attorney for Plaintiff*

Rebecca Chadwick
Crystal Clear Cleaning LLC
PH: 850-362-8680
302 Lynwood Circle
LONGBEACH MS 39560
crystalclearclean72@gmail.com

Community & Facility Directors
Hunt Military Communities
c/o Keesler AFB
Biloxi MS 39560

Dear Sir, Madam

RE: CRYSTAL CLEAR CLEANING LLC – WORKS CONTRACT PROPOSAL

It gives me great pleasure to provide the following cost proposal for works as discussed recently with your Facilities Director and Facilities Manager.

Crystal Clear Cleaning LLC is owned and operated out of Long Beach Mississippi. The company was established some seven (7) years ago and has operated consistently during that time servicing the residential construction industry and apartment complex industry. The owner initially commenced work as B&C Commercial Cleaning Inc. In Fort Walton Florida, this company successfully operated for approximately twenty (20) years servicing Eglin Airforce Base Residential Housing and Herbert Field Airforce Base Residential Housing as well as multiple residential and commercial construction companies.

The following is a list of process for works as identified on site and from documentation provided by your facilities manager Mr. Frank Blackmarr. We would appreciate that this letter form an addendum to provide detailed information on the pricing of various works that are not strictly identified within the Scope of Work.

RESIDENTIAL CLEANING - COM CLEANING and CONSTRUCTION CLEANS
1.  3X2 or 2.5 bathrooms - Single family dwelling, single or two story. **(up to 2800stft)**
    *   Full move out clean **$350.00** and includes the following;
        i.   Vacuum carpets, bathrooms, laundry, kitchen and all appliances, internal windows and frames, external ground floor windows only unless upper level windows are flip type and accessible from inside the dwelling, light fixtures, ceiling fans, base boards, internal doors and door frames. Mopping of all hard floor surfaces. Window blinds dusting, Garage sweep out.
    *   Partial Clean **$ 150.00** for works related to a maximum of two rooms.
    *   Sparkle Clean **$100.00**

2.  4x2 or 2.5 bathrooms - Single family dwelling, single or two story. **(up to 2800sqft)**
    *   Full move out clean **$400.00** and includes the following:
        i.   Vacuum carpets, bathrooms, laundry, kitchen and all appliances, internal windows and frames, external ground floor windows only unless upper level

EXHIBIT A

windows are flip type and accessible from inside the dwelling, light fixtures, ceiling fans, base boards, internal doors and door frames. Mopping of all hard floor surfaces. Window blinds dusting and garage sweep out.
- Partial Clean - **$150.00** for reworks related to maximum of two rooms.
- Sparkle Clean - **$100.00**

3. 3X2 or 2.5 bathrooms - Single family dwelling, single or two story. ( **larger than 2800stft**)
   - Full move out clean **$425.00** and includes the following;
     i. Vacuum carpets, bathrooms, laundry, kitchen and all appliances, internal windows and frames, external ground floor windows only unless upper level windows are flip type and accessible from inside the dwelling, light fixtures, ceiling fans, base boards, internal doors and door frames. Mopping of all hard floor surfaces. Window blinds dusting and garage sweep out.
   - Partial Clean **$ 150.00** for works related to a maximum of two rooms.
   - Sparkle Clean **$100.00**

4. 4x2 or 2.5 bathrooms – Single family dwelling, single or two story. (**Larger than 2800sqft**)
   - **$500.00** Full move out clean and includes the following:
     i. Vacuum carpets, bathrooms, laundry, kitchen and all appliances, internal windows and frames, external ground floor windows only unless upper level windows are flip type and accessible from inside the dwelling, light fixtures, ceiling fans, base boards, internal doors and door frames. Mopping of all hard floor surfaces. Window blinds dusting and garage sweep out.
   - Partial Clean - **$150.00** for reworks related to maximum of two rooms.
   - Sparkle Clean - **$100.00**.

5. Trash-outs or excessively dirty homes will be priced after an inspection with all debris to curbside collection. Typically, **$50.00**. Hoarders homes and or walk outs prices quoted after inspection.

CARPET CLEANING – WET RESIDENTIAL:
- **$45** each for carpeted room

EXTERNAL PRESSURE WASHING;  WALLS ONLY – ROOF SURFACES ARE NOT INCLUDED
- Single family one-story dwelling **$130** (two or more at a time) and includes both sides fencing to rear yard.
- Single family two-story dwelling **$150** and includes inside and outside fencing to rear yard.
- Pressure wash rear yard fence (plastic fence palings) both sides **$50.00** per dwelling, if requested separate of building pressure washing.

COMMERCIAL OFFICES AND COMMUNITY CENTRE INC GYM AND BATHROOM – 8000sqft approx.
   - DEEP CLEAN ON COMMENCEMENT OF CONTRACT - TO INCLUDE ALL GROUND FLOOR WINDOWS INSIDE AND OUT, BLINDS, CARPETS, KITCHEN AND APPLIANCES, BATHROOMS, OFFICES, GYM ETC; INCLUDED IN FIRST CLEAN.
   - WEEKLY CLEAN OF THE COMMUNITY CENTER **$200.00**

<u>WORKSHOP OFFICES, KITCHEN AND BATHROOM</u>
- **$150.00** PER WEEK; INCLUDES BATHROOM, KITCHEN, ENTRY AND OFFICES.

<u>COVID 19 INFECTION CONTROL CLEANING:</u>
- Residential Single family dwelling cleaning one or two story - **$125.00**
  - i. This price includes cleaning of all regularly touched building fixtures and surfaces to include; Doors, door handles, door frames, switches, GPO covers, appliance surfaces, bathroom fixture surfaces (toilet seat and cistern, shower screens and faucet handles), laundry room faucets, walls external corners 3 feet from each room corner, window frames and locks, door surfaces. External of the building, entry door surfaces, door handles, door bell buttons.
  - ii. EXCLUDES: Moving of furniture or cleaning of residential tenant furniture.
  - iii. EXCLUDES: Pre and post clean testing.

- MOTOR VEHICLE, STANDARD 4 DOOR CAR OR UTILITY VEHICLE - **$50** each

<u>INTERIOR PAINTING – WATER BASED PAINT</u>
- 3x2 (2.5) Full Paint - **$1,350** excludes paint supply – No color change (**UP TO 2800SQFT**)
  - o Includes; all internal doors, trim, base boards and walls (Ceilings are not included in this price.
  - o 50% paint or partial paint of the interior of a dwelling will be 50% of the full paint price and 50% of the full paint surfaces. E.G two full walls in a room, one side of doors, two wall base boards in each room.
  - o Touch up paint or paint one bedroom's walls **$250.00**
  - o Ceiling paint **$800.00** Does not include the application of textured finishes.
  - o

- 4x2 (2.5) Full Paint - **$1,500** excludes paint supply – No color change (**UP TO 2800SQFT**)
  - o Includes; all internal doors, trim, base boards and walls (Ceilings are not included in this price.
  - o 50% paint or partial paint of the interior of a dwelling will be 50% of the full paint price and 50% of the full paint surfaces. E.G two full walls in a room, one side of doors, two wall base boards in each room, ETC.
  - o Touch up paint or paint one bedroom's walls **$250.00**
  - o Ceiling paint **$900.00** Does not include the application of textured finishes.

- 3x2 (2.5) Full Paint – (**Larger than 2800 sqft**); **$1,600** excludes paint supply – No color change.
  - o Includes; all internal doors, trim, base boards and walls (Ceilings are not included in this price. 50% paint or partial paint of the interior of a dwelling will be 50% of the full paint price and 50% of the full paint surfaces. E.G two full walls in a room, one side of doors, two wall base boards in each room.
  - o Touch up paint or paint one bedroom's walls **$300.00**
  - o Ceiling paint **$1,000.00** Does not include the application of textured finishes.

     o

- 4x2 (2.5) Full Paint – (**Larger than 2800 sqft**) **$1,800** excludes paint supply – No color change.
  - o Includes; all internal doors, trim, base boards and walls (Ceilings are not included in this price.
  - o 50% paint or partial paint of the interior of a dwelling will be 50% of the full paint price and 50% of the full paint surfaces. E.G two full walls in a room, one side of doors, two wall base boards in each room.
  - o Touch up paint or paint one bedroom's walls **$300.00**
  - o Ceiling paint **$1,200.00** Does not include the application of textured finishes.


### SHEET ROCK REPAIRS

- Pin hole or nail holes in sheet rock are included in this price of painting if minor impact.
- Sheet rock repair in walls for holes larger in size than a finger hole to 5"x5" is **$50**
- Sheet rock repair in walls for holes 6"x6" is **$75.00** typically wall mounted TV mounts.
- Other sheet rock repairs such as major cracks in walls and ceilings requiring to be secured to studs will be based on estimates provided on site after inspection, **$50** for a 18" crack repair
- Singular doors **$50** to paint
- Base boards per room **$85** per room if one room only
- Timber window frames, sash and mullions **$110** each if singular.


## WATER EXTRACTION – 24/7 SERVICE AFTER 5:00PM AND BEFORE 7:30AM CALL OUT FEE $75

| CLASS | WATER TYPE | SIZE SQFT | COMMON CAUSE | COST GUIDE |
|---|---|---|---|---|
| 1 | CLEAN OR GREY | 25 | LEAKING PIPE | $100 |
| 1 | BLACK | 25 | WC OVERFLOW | $225 |
| 2 | CLEAN | 75 | BROKEN PIPE | $280 |
| 2 | GREY | 75 | WASHING MACHING | $380 |
| 2 | BLACK | 75 | SEWER – WC | $525 |
| 3 | CLEAN | 250 | STORM | $1,275 |
| 3 | GREY | 250 | STANDING WATER | $1,750 |
| 3 | BLACK | 250 | SEWER BACK UP | $2,500+ |
| 4 | ANY | >250 | FLOOD | $2,500+ |

Work of this nature will include water extraction, air dry and dehumidification of the area, removal of damaged sheet-rock and base boards. Decontamination of areas once water is removed. There is no consideration in these prices for the moving, removal or disposal of tenant's furniture or personal property. All damaged building materials to curbside or can be removed at an additional cost, dumping fees charged at cost to dump with no escalation of price from CCCLLC.

As previously noted this is not an exhaustive list of work that Crystal Clear Cleaning LLC is able to provide.

Crystal Clear Cleaning LLC is also able to provide quotes for Bio-Hazard Clean up. All staff engaged in this work are accredited in accordance with EPA and OSHA guidelines for this service and PPE requirements.

I would be delighted to discuss this proposal with you in greater detail with the intention of forming a contract between our companies for these services. If you have any questions, please do not hesitate to contact me.

### SUMMARY

### CLEANING

COM CLEANING – (3 BEDROOM HOUSE LESS THAN 2800 SQFT)
FULL CLEAN - $350
PARTIAL CLEAN - $150
SPARKLE CLEAN - $100
CARPET CLEAN - $135
FLOOR GROUT CLEAN - $120

COM CLEANING (4 BEDROOM HOUSE LESS THAN 2800 SQFT)
FULL CLEAN - $400
PARTIAL CLEAN - $150
SPARKLE CLEAN - $100
CARPET CLEAN - $180
FLOOR GROUT CLEAN - $120

OIC BRICK HOME (3 BEDROOM HOUSE GREATER THAN 2800 SQFT)
FULL CLEAN - $425
PARTIAL CLEAN - $150
SPARKLE CLEAN - $100
CARPET CLEAN - $135
FLOOR GROUT CLEAN - $130

OIC BRICK HOME (4 BEDROOM HOUSE GREATER THAN 2800 SQFT)
FULL CLEAN - $500
PARTIAL CLEAN - $150
SPARKLE CLEAN - $100
CARPET CLEAN - $180
FLOOR GROUT CLEAN - $140

### PAINTING

COM PAINTING – (3 BEDROOM HOUSE LESS THAN 2800 SQFT)
FULL PAINT - $1350
PARTIAL PAINT - $675
TOUCH UP PAINT - $250
CEILINGS UP STAIRS - $400
CEILINGS DOWNSTAIRS - $400
PAINT ONE ROOM CEILING - $120 TYPICAL BEDROOM
PAINT GARAGE CEILING - $120 SINGLE CAR GARAGE


COM PAINTING – (4 BEDROOM HOUSE LESS THAN 2800 SQFT)
FULL PAINT - $1500
PARTIAL PAINT - $750
TOUCH UP PAINT - $250
CEILINGS UP STAIRS - $450
CEILINGS DOWNSTAIRS - $450
PAINT ONE ROOM CEILING - $120 TYPICAL BEDROOM
PAINT GARAGE CEILING - $120 SINGLE CAR GARAGE


COM PAINTING – (3 BEDROOM HOUSE GREATER THAN 2800 SQFT)
FULL PAINT - $1600
PARTIAL PAINT - $900
TOUCH UP PAINT - $300
CEILINGS UP STAIRS - $600
CEILINGS DOWNSTAIRS - $600
PAINT ONE ROOM CEILING - $120 TYPICAL BEDROOM
PAINT GARAGE CEILING - $160 DOUBLE CAR GARAGE


COM PAINTING – (4 BEDROOM HOUSE GREATER THAN 2800 SQFT)
FULL PAINT - $1800
PARTIAL PAINT - $800
TOUCH UP PAINT - $300
CEILINGS UP STAIRS - $500
CEILINGS DOWNSTAIRS - $500
PAINT ONE ROOM CEILING - $120 TYPICAL BEDROOM
PAINT GARAGE CEILING - $160 DOUBLE CAR GARAGE


Yours sincerely

Rebecca Chadwick – Owner Crystal Clear Cleaning LLC

**From:** Brian Harrison
**Sent:** Thursday, April 7, 2022 10:49 AM
**To:** crystalclearclean72@gmail.com
**Cc:** Frank Blackmarr; Alison Hansen
**Subject:** COM Contract

Rebecca,

Good morning! I know you sent out your prices, but just want to get you an official contract so we can get this train moving. If you have any question, don't hesitate to call. If you have anything else to add, just add to the end. Thanks!

V/r

Brian Harrison | Maintenance Director
Direct: 228.239.5173
100 Annex Rd | Biloxi, Ms | 39531
Hunt Military Communities | brian.harrison@huntcompanies.com
www.huntmilitarycommunities.com
www.huntsafetyzone.com









**EXHIBIT B**

 : Please consider the environment before printing this e-mail

This e-mail, including all information contained therein and any attachments, is intended solely for the person or entity to which it is addressed and may contain confidential and/or privileged material. If you are not an intended recipient, or an agent responsible for delivering

it to an intended recipient, you have received this email in error. In such event, please immediately (i) notify the sender by reply email, (ii) do not review, copy, save, forward or print this email or any of its attachments, and (iii) delete and/or destroy this email and its attachments and all copies thereof. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, any e-mail sent in error, including all information contained therein and any attachments, by persons or entities other than the intended recipient is prohibited. Please visit our website at www.huntcompanies.com for important information about our privacy policies. For your protection, please do not transmit account information or instructions by e-mail or include account numbers, Social Security numbers, credit card numbers, passwords or other personal information.



## SCOPE OF WORK

### Keesler Family Housing fr

*CHANGE OF OCCUPANCY LABOR AND PAINTING*

Scope #:19605-7578-1000-2022

Date: *April 06, 2022*

**Date:** April 06, 2022

**Scope of Work Title:** COM Labor and Painting

**Scope #** Scope #:19605-7578-1000-2022-2024

**Owner Information**

| Owner Entity Name | Southern Group |
|---|---|
| Property Name & Address | Keesler AFB<br>300 Patrick Dr.<br>Biloxi, MS. 39531 |

| Dates And Times | One Yr: | > One Yr. |
|---|---|---|
| Contract Start | May 1, 2022 | May 1, 2022 |
| Contract End | December 31, 2022 | December 31, 2024 |

| Business Hours of Work AM | 8:00 |
|---|---|
| Business Hours of Work PM | 5:00 |

| High Risk / Low Risk | Low Risk (Standard) |
|---|---|

| Bill Submission | Monthly |
|---|---|



Date:  April 6, 2022                                    Scope #:19605-7578-1000-2022

PROPERTY AND SCOPE DEFINITION

Subject: SOLICITATION FOR COM Labor and Com Painting
Please find enclosed a bid package for the COM Labor and Painting work which will be completed after move out in all Keesler Family Housing neighborhoods located on Keesler Air Force Base Biloxi, Mississippi.
Some basic information on the project is as follows:

GENERAL
The project consists of COM labor and COM Painting after move out in all Keesler Family Housing neighborhoods located on Keesler Air Force Base Biloxi, Mississippi.

- All bids shall be based on conformance to Local, State, and Federal regulations, laws and building codes.

- Site Visits for bid purposes are allowed if requested and in this case, preferred.

- All bids must be submitted in writing to Keesler Family Housing, 300 Patrick Dr., Biloxi, MS 39531.

- This project is NOT tax exempt.  You should include sales tax on your materials.

- Bidder to include all Safety as needed to satisfy current city, state, and federal regulations.

- All permits and licenses are the responsibility of the contractor.

   - This Project will be inspected by a representative of Hunt Military Communities or a 3rd party consultant.

- The contractor will be required to dispose of all trash and debris generated by their work in accordance with local and federal regulations.

- Contractor shall furnish all labor, transportation and disposal services, permits, insurance and equipment

- Cleanup shall be performed daily by the contractor. The contractor will be responsible for insuring his equipment does not damage or litter any roadways (paved or gravel base) with nail., screws or debris during his work or while transporting equipment to or from the site. In the event roads or streets are soiled from the contractor's equipment, he will be required to immediately clean these roadways.

- Contractor will be responsible for any damages incurred to the home or personal property as a result of the construction process.

- All contractor employees needing access to the base will require proper documentation of background and vehicle information for Air Force approval. Keesler Family Housing will assist the contractor with this process, if needed.



- Contractor will provide a site specific fall prevention plan to be approved by Hunt Military Communities or its representative if elevated work above 6 feet is required.

- Contractor shall provide verification that all workers have attended fall prevention training given by a person defined by OSHA as competent in the subject. Copies of training records will be provided upon request of Hunt Military Communities or its representative if working above 6 feet.

- Extension ladders that are not equipped with a stabilizer must be tied off while working.

- All work will be guaranteed for one (1) year from completion date for workmanship and the materials warrantied per its specification. All notices and paperwork concerning material warranty must be provided to the Owner at onset of work.

- Quality control will be completed by the vendors on site manager in conjunction with a site Maintenance Director or designee. Maintenance contractors shall call for an inspection when their own QC has been completed on all work associated with the issued PayScan PO. Punch list items shall be documented for corrective action.

- Areas serviced will be inspected the following day to best observe and note quality related deficiencies or omissions in scope that can be corrected that same day. Any items noted with repeat quality related deficiencies will incur a charge back on the cleaning services in the amount of $25.00 per repeat inspection by Maintenance Director or designee.

- Contractor will maintain a supervisory presence on the job site at all times.

**Keesler Family Housing – COM LABOR PROJECT**

<u>SCOPE OF WORK</u>

- The work will take place in vacant units and the contractor will notify Property Management immediately if unauthorized people try to enter the home.

- Contractor will provide Keesler Family Housing with a time line to assist with scheduling of the project.

- The contractor and their employees will not smoke in the homes or outside the home in the neighborhoods.

- The contractor and his employees will be responsible for completing all work listed on the move out checklist list and verifying and completing the Annual PM/COM Checklist.

- Replacement of appliances, HVAC systems, flooring, or any other significant item mustbe pre-approved by site management.

1. General Maintenance:
   - Keesler Family Housing will supply all repair material needed to make the unit ready. These material will be issued against the delivery order and tracked through the warehouse. Any shortfalls in inventory will be brought to the attention of the Keesler Family Housing Maintenance Director.



- The following items, if replaced or used, shall be returned to the warehouse for proper disposal: CFL's, batteries, spray cans, Polychlorinated Biphenyl containing ballasts (PCB) and any other item that may fall under the EPA defined universal waste program.

- At the completion of all work all window blinds will be lowered and all lights will be turned off. The thermostat will be set at (63) degrees during the winter months and (78) degrees during the summer months. Contractor will make sure the unit is locked and secured prior to leaving the unit for any reason, to include completion of work. All doors and windows must be locked. All keys will be returned to the Keesler Family Housing Maintenance office and signed back in. If contractor fails to ensure that all windows and doors are locked when not in the unit they will be held liable for all damages resulting from failure to do so.

- When required and approved by Keesler Family Housing Maintenance Director, additional work outside of this scope shall be assigned and negotiated by change order only. This work will be determined on a case-by-case basis by Keesler Family Housing Maintenance Director only. It is intended only to assist the contractors in those occasions when units have been severely misused or vandalized.

- All units shall be cleaned of all trash and debris, counters wiped down, and floors broomswept and made neat for final clean. Those units marked, "self-clean" shall be left in the same condition at the conclusion of the COM as they were before the work was started.

- All trash and debris shall be removed from the front and backs yards and the refuse / recycling totters shall be cleaned and placed in the appropriate area.

- Carports and storage sheds shall be broom swept and all trash will be removed and disposed of properly.

- Any Indication of Termite Activity or Damages, Ongoing Leaks, Water Damage, Pet Damages, Pest Infestation or suspected Mold must be reported to the Keesler Family Housing Maintenance Director Immediately.

2. Plumbing:
   - Drains: Sink, bathtub, mechanical room and laundry drains shall be snaked free of clogs to provide proper drag. All accessible drain lines are to be checked for leaks and repaired if needed. This includes P-traps/S-traps, waste arms, and supply lines.

   - Faucets: Faucets shall be operational (to include plunger assembly) and drip free. Those that cannot be repaired shall be replaced. All trim to include correct handle indicator tabs are to be installed if missing or replaced if broken. If a sprayer is present, contractor shall ensure proper operation or repair/replace as needed. Faucets with a worn finish shall be replaced as indicated by Keesler Family Housing management.

   - Sprayer: Shall be operational, match in color and drip free.

   - Shower Heads: Shall be operational and match in color. Shower head should be verified to be free from calcium build up, and removed and cleaned if necessary.



- **Aerators:** Shall be removed and cleaned, then reinstalled on all kitchen and bath sink faucets. Missing aerators shall be replaced. Aerators installed for additional accessories such as water filter shall be removed and replaced with standard aerator.

- **Toilets:** All toilets are to be checked for operation/leakage and repaired if needed. Flushvalves, flappers, and chains to be adjusted / replaced if necessary.  Toilet seats are to be in good condition and replaced only if broken or worn.

- **Tubs:** Tub stoppers shall be operational and replaced if missing.

- **Sinks:** Replacement of sinks shall not be included in this scope and shall be completedas required under the directions of Keesler Family Housing Maintenance Director.

- **Exterior Hose Bibs:** All hose bibs are to be checked for operation/leakage and repaired if needed.

- **Water Heater:** Shall be inspected for corrosion, leaks, proper burning and venting for gasheater. This will include any additional accessories installed on water heater such as expansion tanks or recirculation equipment. Keesler Family Housing Maintenance Director shall be notified of any equipment found to be leaking. Replacement of water heater shall not be included in this scope and will be completed as required under the directions of Joint Base Charleston Family Housing Maintenance Director.

- Contractor will cut out and re-caulk all tubs, tub base, sinks and countertops.

3. Electrical:
   - **Wiring Devices (outlets/GFCI/switches):** Outlets shall be checked with a circuit analyzerfor proper operation. All GFCI outlets shall be checked with a GFCI circuit tester. Any device found to be bad would be replaced. All wall plates will be inspected and replacedif missing or cracked.  Loose devices shall be made secure.

   - **Breaker Panels:** Inspect for missing tabs. All breakers shall be turned off and then back on to check for proper operation. Any breaker found to be faulty would be brought to the attnof Keesler Family Housing management.

   - **Door Bells:** Inspect for correct operation of chimes, cover, button and transformer. Shallbe replaced as directed.

   - **Ceiling Fans/Light Fixtures:** Conduct inspection of blades, pull chains, globes and assembly for correct operation and that it is properly mounted. Repair if broken, replaceas directed. Lightbulbs shall be replaced with matching bulbs appropriate to the fixture.

   - **Exhaust Fans:** Shall be tested and inspected for correct operation. Repair if not functioning properly and replace as directed. Exhaust fan shall be checked for propertermination to exterior and corrected if exhaust venting is disconnected from exterior.



4. Doors:
   - Exterior Door Locksets: Shall be removed and installed by Keesler Family Housing management personnel only/ or designee.

   - Exterior Doors: Shall be made functional without binding. Repair/replacement of weather stripping, door sweeps, painting, brick molding, tightening of lock sets, strikes and strike plate adjustments, caulking of trim and brick molding, and the painting of brickmoldings. All exterior doors shall be painted as needed. All storage doors that belong to the unit shall be painted as needed. All doors shall have doorstops installed and replaced if damaged.

   - Storm Doors: Repair/replacement of closures, catch chains, sweeps, handles, windows, hinges and screens, as needed.

   - Interior Doors: Shall operate and close without sticking or dragging on carpet if Repair/replace of door hardware when needed. All doors shall have doorstops installedand replaced if damaged. Verify all door hardware is tightened.

   - Bi fold and Slider Doors: Repair/replacement of door tracks, rollers, stops, hinges, knobs, handles. Shall operate and close without sticking or dragging on carpet.

   - Garage Doors: Optical eyes replacement, reflector adjustments, weather stripping, bulb replacement, remote panel and remote control replacement and battery replacement as needed.

5. Windows & Screens:
   - Windows: Shall be operable. Repair/replace lock, tilt out latches, balance rods, and handles.

   - Screens: Repair/replace mesh, framing, latches, pins and spring clips.

   - Blinds: All blinds shall be checked for damaged slats, proper operation, cord length (cut to no more than 6"). Blinds found to be not repairable shall be replaced in kind. All blind cords shall be shortened and shall not be tied so as to prevent strangulation.

6. Appliances:
   - All appliances shall be checked for proper operation. All appliances shall be turned onand cycled to check for proper operation. All minor repairs shall be performed by contractor. All appliances that are not operational and cannot be repaired by the contractor shall be reported to Keesler Family Homes immediately Keesler Family Housing shall provide appliances whenever it is deemed necessary to replace the unit.All new appliances shall be recorded on the CRR reporting matrix.

   - Stoves/Oven: Conduct inspection/repair of oven racks, handles, drip pans, oven doorgaskets, oven light, control knobs / switches. Oven thermometer shall be tested and calibrated as needed. Touch up chipped paint on appliance as required.

   - Range Hoods: Conduct inspection of vent fans, filters, control switches and repair as needed. Touch up chipped paint as required. Replacement only upon approval of sitemanagement.



- <u>Refrigerators</u>: Conduct inspection of door gaskets, shelf bars and brackets, racks, bins,bulbs, toe kick grills crisper drawers, and icemakers. Repair as required. Filter to be replaced with appropriate bypass.

- <u>Garbage Disposals</u>: Conduct operational test of disposal to ensure it is not leaking andthat it does not have any foreign debris inside. Remove loose debris is found. Ensuresplashguard in place.

- <u>Microwave</u>: Inspect for correct operation to include inspection of bulbs, carousal glass,and filters. Repair as needed.

- <u>Dryer Vents</u>: Dryer vents will cleaned utilizing a dryer vent snake.

- <u>Dishwasher</u>: Conduct inspection of dishwasher to include full operation test to check forleaks and correct operation. Also inspect racks, wheels, baskets, handles, and spray arms. Touch up chipped paint as required with appropriate dishwasher rated paint. Dishwasher toe kick plates shall be removed and area under dishwasher shall be cleaned of all food debris and trash.

7. Flooring, Base Molding & Trim:
   - Removal and replacement of up to 25 sq. ft. of 12" x 12" VCT or ceramic floor tile, excluding asbestos containing material. Sheet vinyl edges shall be re-glued where needed. All minor repairs to flooring to include replacement of up to ten floor planks, 4'of base board, quarter round, shoe molding, transition strips, and thresholds.

   - Sheet goods and carpet replacement are not included in this scope.

   - Before removal of any flooring material, the contractor must check with the Maintenance Director to ensure the flooring or adhesives does not contain asbestos material. The Contractor shall personally review the environmental survey and fully educate the staff ofthe dangers present in the scope of work.

8. Cabinets & Counter tops:
   - Repairs to cabinets and vanities shall include the replacement of bent hinges; drawer rollers / guides and wood touch up. If the unit needs to be replaced this shall be done upon approval of Keesler Family Housing management. All toe kicks shall be reattachedas needed. The contractor shall replace missing hardware.

   - Counter tops shall be inspected and chips repaired. Other repairs shall include end caps and the re-sealing of miter seams. If counter tops are in need to be replaced thisshall be done upon approval of Keesler Family Housing management. Counter tops and bath vanity tops are to be caulked in against the wall using a paint grade silicone caulking.

9. Bath & Kitchen Hardware:
   - All towel bars, shower rods, toilet tissue holders, shower heads, and medicine cabinetsshall be in place, secure, serviceable and free from major defects. Items found to be damaged beyond repair shall be replaced.



10. Fire & Safety:
- <u>Smoke Detectors</u>: All smoke detectors shall be checked for proper operation and expiration dates. Proper operation shall be tested by the use of a smoke deploying device. Replacement is required for all non-operational detectors. Likewise, replacement is required for all detectors that are within six (6) months of their expirationdate. If there is no expiration date on the detector, the expiration date shall be 10 yearsfrom the date of production or as specified by the manufacturer (whichever is soonest).This date shall be clearly marked on the detector for regular inspection. From time to time, active recalls may be in effect, and contractor shall support site management withretrieval/replacement as it pertains to COM unit.

- <u>Carbon Monoxide Detectors</u>: All Carbon Monoxide detectors shall be checked for proper operation and expiration dates. Proper operation shall be tested by the use of test buttonon the detector. Replacement is required for all non-operational detectors. Likewise, replacement is required for all detectors within six (6) months of their expiration date. If there is no expiration date on the detector, the expiration date shall be seven (7) years from the date of production or as specified by the manufacturer (whichever is soonest). This date shall be clearly marked on the detector for regular inspection. From time to time, active recalls may be in effect, and contractor shall support site management with retrieval/replacement as it pertains to COM unit.

11. **HVAC / FURNACE:**
- Filters will be replaced and each HVAC inspected for proper operation.

- Thermostat will be inspected for operation and security.

12. Exterior Repairs:
- Minor Repairs to include back porch and front porches. To the extent that repairs are performed, caulking and touch up painting shall be performed to match the existing colors, paint transitions shall be applied in such a manner as to present a clean / fully painted surface. The siding shall be repaired if damaged or loose. Up to 8 sq ft shall be included within the scope. All entry way yards shall be cleaned and left free of debris. Electrical outlets, lighting and faucets shall be checked for proper operation and notify Keesler Family Housing of any problems.

- Contractor will make repairs to porch screens. If more than 25% of the porch screen are damaged additional charges may apply. Maintenance Director approval will be required.

- All recycle and trash totters must be on site and in working order. Keesler Family Housing management needs to be informed of missing or damaged containers.

- Siding and fascia shall be inspected and minor repairs shall consist of repair or installation of loose or missing pieces.

- Roof shall be visually inspected from the ground only. Document and report damages to Keesler Family Housing management.

- Gutter, downspouts and splash blocks shall be cleaned and in place to ensure proper drainage away from the building. All gutters in need of replacement shall be brought to the attention of Keesler Family Housing management.



- Sidewalks and driveways cracks that pose a trip hazard or those in need of replacement will be brought to the attention of Keesler Family Housing management.

- Porches, Carports and overhangs shall be inspected for wood rot and repaired as needed. Those with severe rot and or in need of extensive repairs will be brought to the attention of Keesler Family Housing management. All minor exterior repairs to units on front porch and back porch shall be completed by the contractor. All front and back porch areas shall be pressure washed to include concrete, walls and ceiling if front porchis in a breezeway the whole area shall be pressure washed. All areas that receive repairs shall be painted to match the existing colors, paint transitions shall be applied insuch a manner as to present a clean / fully painted surface.

- <u>Shutters</u>: Minor repair / replacement of shutters.

- <u>Fencing</u>: Minor repairs to fences and gates. Fences in need of extensive repairs shall be brought to the attention of Keesler Family Housing management.

- Storage sheds shall be cleaned and swept out of all trash, debris, spider webs and dirt.

- All materials will be supplied by Keesler Family Housing.

- It's possible that additional damaged areas may be discovered during the COM process.These will be brought to the attention of the property management team for evaluation.

- Pricing shall include all materials and labor listed above and any permits or environmental fees.

- Contractor will follow all Federal, State and Local safety regulations.

- Contractor will provide a site specific fall protection plan if elevated work above 6 feet is required.

## PROJECT COORDINATION WHEN CONTRACTOR USED

A. **Owner Disruption:** The Owner may occupy portions of the subject site or conduct certain business operations in or around the subject site during the construction project. The construction contractor will coordinate work with the Owner and conductactivities so as to minimize disruption.

B. **Authority to Stop Work:** The Owner has the authority to stop the construction work atany time they determine that conditions are not within the specifications and applicableregulations. The stoppage of work will continue until conditions have been corrected and corrective steps have been taken to the satisfaction of the Owner.

C. **Injuries:** If an injury occurs, the Contractor will notify Owner immediately and stop workuntil the injured person has been removed from the work area and proper medical attention has been obtained.



MATERIALS

All materials and equipment proposed to be used on this project will be subject for the acceptance of the Owner and compliance with Local, State, and Federal regulations and requirements.

Pricing list for COM Labor and for any items outside of the agreed scope of work.

| DESCRIPTION: COM/ Maintenance Repair | Cost | | Frequency |
|---|---|---|---|
| | | | |
| COM – 3 bedroom | | Per Unit | As Requested |
| COM – 4 bedroom | | Per Unit | As Requested |
| Power Wash full exterior (areas not covered by scope) | | Per Unit | As Requested |
| Replace Sink | | Per Unit | As Requested |
| Replace Water Heater | | Per Unit | As Requested |
| Replacement of Interior Door | | Per Unit | As Requested |
| Cut down of Interior Door | | Per Unit | As Requested |
| Replacement of Tile | | Per Unit | As Requested |
| Siding repair - Vinyl | | Per Unit | As Requested |
| Siding repair – Cement board/panel siding | | Per Unit | As Requested |
| Fascia Repair | | Per Unit | As Requested |
| Repair of Screen Porch >25% | | Per Unit | As requested |



**Joint Base Charleston Family Housing – COM PAINTING PROJECT**

1. **Surface Prep:**
   - Contractor will repair all minor wall imperfections prior to paint application up to 1sq foot. This prep shall include but is not limited to; nail pops, nicks, tears, nails or anchors. These repairs will be primed prior to painting to avoid flashing of the repairs.

   - Surface areas shall be cleaned as required to ensure proper adhesion of paint. These conditions shall include but are not limited to; dirt, rust, scale, moisture, organic growth or grease. Surfaces shall be washed, scraped, or sanded as needed to ensure a clean surface is made available to permit the formation of a durable paint film.

     Contractor will caulk all interior joints, seams, cracks, voids in the areas of dissimilar material such as; doors, trim/casing/molding, window jambs, paneling and shelving.

2. **Painting Unit Interior Walls, Doors, Trim, Ceilings and Garages:**
   - Contractor will apply paint to all building interior room walls to include closets, pantries, laundry, interior storage, bath, bedrooms, offices, stair wells and foyers.

   - All interior doors, both sides, as well as door and window trim, sills, baseboards, painted handrails and balusters shall be painted.

   - Paint shall be applied in accordance with manufactures recommended guidelines.

   - Paint shall be applied in such a manner that it is the final product is devoid of brush strokes, holidays, skippers, streaks, run laps, flashing, haloing or any other unsatisfactory finish, to the satisfaction of Fort Lee Family Housing management.

3. **Touch up units:**

   - Surfaces shall consist of walls, doors, trim, window sills, as well as other surfaces directed by Joint Base Charleston Family Housing management.

   - Contractor is responsible to ensure that all paint touch ups match the paint originally applied to the walls. In the event that a problem occurs regarding the failure of the paint to match during touch up, the contractor shall bear any costs incurred to correct the problem.

   - If matching paint cannot be obtained, the contractor shall inform the Maintenance Director prior to commencement of the work. Resolution must be reached on a partial or full paint before the commencement of the work.

   - Paint shall be applied in such a manner that it is the final product is devoid of brush strokes, holidays, skippers, streaks, run laps, flashing, haloing or any other unsatisfactory finish, to the satisfaction of Fort Lee Family Housing management.

3. **Partial Paints:**
   - Surfaces shall consist of walls, doors, trim, window sills, as well as other surfaces as directed by Joint Base Charleston Family Housing management, and shall not exceed 50%



- Paint shall be applied in such a manner that it is the final product is devoid of brush strokes, holidays, skippers, streaks, run laps, flashing, haloing or any other unsatisfactory finish, to the satisfaction of Keesler Family Housing management.

4. Paint Specifications:
   - Paint and paint specification will be provided to the contractor by Joint Base Charleston Family Housing management. Joint Base Charleston Family Housing management has the right to change specifications of product used based on product availability and demands of the market.In the event the paint is supplied by the contractor and included in the unit price, Joint Base Charleston Family Housing agrees to pay the contractor the difference in cost of paint.

5. **MATERIALS**

   All materials and equipment proposed to be used on this project will be subject for the acceptance of the Owner and compliance with Local, State, and Federal regulations and requirements.

Pricing

| DESCRIPTION: COM Painting | Cost | | Frequency |
|---|---|---|---|
| 3 bedroom - Full | | Per Unit | As Requested |
| 4 bedroom - Full | | Per Unit | As Requested |
| 3 bedroom - Partial | | Per Unit | As Requested |
| 4 bedroom - Partial | | Per Unit | As Requested |
| Touch Up | | Per Unit | As Requested |
| Drywall repair (Large) –greater than 1sq ft | | Per Unit | As Requested |
| | | | |
| | | | |



Date: April 6, 2022                                     Scope #:19605-7578-1000-2022

Scope of Work Title:   COM Cleaning

Owner Entity Name:   Southern Group

Property:   HUNT Military Community

300 Patrick Dr.

Biloxi, MS 39531

Dear Bidder:

In addition to providing a bid for the defined scope of work, bidders must also meet the criteria outlined in this document.

## TERMS AND CONDITIONS

The Contract will begin May 1, 2022 and end on December 31 2024.

The Contract has no automatic renewal terms.

**CHANGES** to the Contract will only be made in writing and must be agreed upon by both parties.

**HOURS OF WORK.** Unless otherwise specified the Services shall be performed during business hours. Contractor shall, in its discretion, determine when during business hours to perform the Services required hereunder, provided, however, Manager reserves the right to require Contractor to perform the Services at a time or times that will avoid or minimize disturbing the residents of the Property. As used herein, the term "business hours" means the hours between the hours of 8:00 a.m. to 5:00 p.m.

## PERSONNEL.

Contractor agrees:

1.   To utilize trained, experienced and qualified personnel to perform the Services. Contractor shall provide an adequate number of personnel to ensure the timely, complete and efficient completion of the Services to be performed under this Agreement. Manager reserves the right to review and approve any proposed manpower schedules.

2.   All personnel who perform any of the Services shall be neatly dressed, well groomed, in uniform, and conduct their work in a manner to avoid or minimize disturbing the residents of the Property. Contractor Representatives shall wear shirts at all times when present on the Property.

3.   Contractor agrees to immediately and permanently reassign any of its subcontractors, employees, agents, or any other person who they directly or indirectly control or exercise control over ("Contractor Representatives") whose removal from the Property is for any reason requested by Manager or by Owner and to not transfer or utilize such Contractor Representative at any other property of the Owner.

4.   Contractor is and shall remain fully responsible for the actions of all Contractor Representatives, including, without limitation, for theft, personal injury and damage to any property, while on the Property. If any loss, injury or damage is caused by or arises out of the acts or omissions of Contractor or Contractor Representatives, Contractor agrees to make full restitution to the injured party within thirty (30) days after receipt of written demand for such restitution from Manager.

5.   Contractor shall use reasonable care, consistent with its rights to manage and control its activities as an independent contractor, in the performance of the Services. Contractor agrees that it will not employ or use any person, use any equipment or permit any condition to exist, which will unreasonably interfere with the operation of the Property or result in unsafe, unfair or unlawful labor practices.

6.   Contactor shall perform the Services in accordance with all applicable laws and in a manner that utilizes all proper safety precautions to avoid and protect all persons, including Contractor Representatives, residents and guests of the Property, from any personal injury and from unnecessary or unreasonable interference or inconvenience.

7.   Contractor shall instruct all Contractor Representatives to be vigilant for unsafe circumstances and to cease work until any unsafe conditions or circumstances are corrected. When required by the task being performed or by applicable law, Contractor's employees or agents shall use safety goggles and/or safety equipment.

8.   Contractor shall supervise all Contractor Representatives and comply with any rules or regulations adopted by the Owner or the Manager with respect to the operation, care or maintenance of the Property or the safety or health of any person on the Property. Manager reserves the right to suspend Contractor if Manager reasonably deems Contractor's work to be unsafe or if unsafe conditions or operations are observed. Any such interruption of work shall not excuse any delay in the timely completion of this work or impose any obligation or liability on Manager with regard to such unsafe condition.

9.   Contractor shall give Manager notice of any pending and/or threatened complaints, labor disputes or any other labor related problems that could affect or impede Contractor's performance of the Services or the Property.

10.   Contractor agrees that its employees and subcontractors shall abide by Hunt Companies' ("Hunt") Code of Ethics ("Code"), and acknowledges that such Code has been received and

read by Contractor. This Code sets forth the basic foundations of Hunt's business practices. Contractor understands that Hunt may immediately terminate its relationship or contract with any contractor, vendor or subcontractor whose conduct violates applicable laws, regulations, the Code or basic standards of business honesty and integrity.

11.   Contractor agrees annually to read and execute a vendor compliance letter outlining required insurance limits and certain other acknowledgements.

EQUIPMENT AND SUPPLIES

1.   Contractor shall furnish all equipment and supplies necessary to perform the Services in accordance

with the Work Specifications set out in Section II above and in compliance with any applicable laws. Contractor represents and warrants to Manager that all equipment used on the Property will be in proper operating condition and of a type that will not cause any hazard or danger to any person.

2.      All materials and supplies used by the Contractor in the performance of the Services shall be new, appropriate for the specific work to be performed, and shall be transported, used, stored and disposed of as intended by the manufacturer, in compliance with any applicable laws, and otherwise acceptable to Manager.

3.      Contractor shall not bring any hazardous substance or material onto the Property without giving Manager at least two (2) business days advance written notice thereof and then only in such reasonable and customary quantities as are necessary for the work being performed. All hazardous materials shall be transported, used, handled, stored and disposed of in strict and absolute conformance with their labels and specifications and any applicable law. Contractor hereby indemnifies, defends, and holds Owner and Manager, their members, officers, employees, agents and affiliates (each, an "Indemnified Party") harmless from and against any and all liabilities, fines, costs (including attorney's fees), damages, expenses, losses, judgments, arising from or related to the use or misuse by Contractor or Contractor Representatives (whether with or without Manager's knowledge) of any hazardous substances or materials in or about the Property, or the disposal thereof. For purposes of this Section VII.3, the term "hazardous materials" shall include, without limitation: (1) "hazardous wastes," as defined by the Resource Conservation and Recovery Act of 1976, as amended from time-to-time, (2) "hazardous substance," as defined by the Comprehensive Environmental Response, Compensation and Substances Control Act of 1980, as amended from time to time, (3) "toxic substances," as defined by the Toxic Substances Control Act, as amended from time to time, (4) "hazardous materials," as defined by the Hazardous Materials Transportation Act, as amended from time to time, (5) any applicable state or local laws and the regulations adopted under these acts, as amended from time to time, (6) oil or other petroleum products, (7) any highly combustible substance and (8) any other substance with federal, state or local law or regulation now or hereafter in effect identified as hazardous to health or the environment. Contractor's obligations herein shall survive the expiration or termination of this Agreement.

PERMITS AND LICENSES.

1.      Contractor represents and warrants to Manager that Contractor has, or will timely obtain, and shall maintain, at its sole expense, during the term of this Agreement all necessary permits and licenses required by any applicable law or governmental authority for the performance of the Services by Contractor or the Contractor Representatives. Contractor agrees to deliver a copy of all such permits and licenses to Manager, or to an on-site management representative designated by Manager, prior to commencing performance of the Services.

2.      Contractor shall comply, and cause its Contractor Representatives to comply, with all applicable laws in the performance of the Services.

3.      Contractor shall be responsible for obtaining any permits and paying any fees to obtain access to the installation for all necessary employees where work will be performed.

4.      Contractor shall be responsible for obtaining base access for all employees and any associated costs if applicable.

INSURANCE.

For insurance purposes, the work for this bid is classified as: Low Risk (Standard)

Contractor represents and warrants to Manager that Contractor has and shall maintain, at its sole expense, during the term of this Agreement:

1.      Case: 24CI2:23-cv-00027   Document #: 1-2   Filed: 02/08/2023   Page 18 of 32
Commercial General Liability - $1,000,000 combined single limit per occurrence for bodily injury, personal injury and property damage and $2,000,000 products/completed operations aggregate and $2,000,000

2.    Workers Compensation and Employers Liability – Workers' Compensation limits as required by applicable law in the state where the Services are performed and Employers Liability limits of $500,000.00 per accident.

3.    Automobile Liability - $1,000,000 combined single limit per accident for bodily injury and property damage.

In addition to the above insurance, vendors classified as doing high risk work will need to have the coverage noted below in #4:

4.    Umbrella - $2,000,000 per occurrence and $2,000,000 aggregate. The policy shall be written on an "umbrella form" providing coverages excess of the underlying policies referenced above.

5.    Such insurance shall include the Owner, Manager and applicable military partner as additional insureds and shall be issued by companies acceptable to Owner and with a rating of at least A-VII. Contractor's Commercial General Liability and Workers Compensation

and Employers Liability insurance policies shall include waivers of subrogation in favor of such additional insureds. Prior to commencing the performance of the Services, Contractor shall submit to the Owner a current Certificate(s) of Insurance and, if required, related policy endorsements evidencing such insurance effective on or before the date of this Agreement. No payments for Services performed under this Agreement shall be made until current certificate(s) are delivered by Contractor to Owner.

6.    Payments to Contractor shall be made each month for Services actually performed for the previous month. Payment will be made within 30 days after the 1st day of the month following the month in the Services were performed.

7.    Payments may be delayed and/or amount of payment reduced should Contractor fail to maintain service frequency or quality standards as outlined in the Work Specifications described in Section II above. Manager shall be the sole judge of Contractor's performance, including timely performance and standard of performance.

BILLING.

Services shall be billed and paid in accordance with the following terms:

1.    Contractor shall submit all bills on a monthly basis to ensure timely processing of payment.

2.    Payments to Contractor shall be made each month for Services actually performed

for the previous month.  Payment will be made within

sixty (60)

days after the

1st day of the month following the month in the Services were performed.

3.    Payments may be delayed and/or amount of payment reduced should Contractor fail to maintain service frequency or quality standards as outlined in the Work Specifications described in Section II above. Manager shall be the sole judge of Contractor's performance, including timely performance and standard of performance.

4.    Payment to Contractor shall remain firm during the term of this Agreement.

of the Property. Contractor Representatives shall wear shirts at all times when present on the Property.

3.  Contractor agrees to immediately and permanently reassign any of its subcontractors, employees, agents, or any other person who they directly or indirectly control or exercise control over ("**Contractor Representatives**") whose removal from the Property is for any reason requested by Manager or by Owner and to not transfer or utilize such Contractor Representative at any other property of the Owner.

4.  Contractor is and shall remain fully responsible for the actions of all Contractor Representatives, including, without limitation, for theft, personal injury and damage to any property, while on the Property. If any loss, injury or damage is caused by or arises out of the acts or omissions of Contractor or Contractor Representatives, Contractor agrees to make full restitution to the injured party within thirty (30) days after receipt of written demand for such restitution from Manager.

5.  Contractor shall use reasonable care, consistent with its rights to manage and control its activities as an independent contractor, in the performance of the Services. Contractor agrees that it will not employ or use any person, use any equipment or permit any condition to exist, which will unreasonably interfere with the operation of the Property or result in unsafe, unfair or unlawful labor practices.

6.  Contactor shall perform the Services in accordance with all applicable laws and in a manner that utilizes all proper safety precautions to avoid and protect all persons, including Contractor Representatives, residents and guests of the Property, from any personal injury and from unnecessary or unreasonable interference or inconvenience.

7.  Contractor shall instruct all Contractor Representatives to be vigilant for unsafe circumstances and to cease work until any unsafe conditions or circumstances are corrected. When required by the task being performed or by applicable law, Contractor's employees oragents shall use safety goggles and/or safety equipment.

8.  Contractor shall supervise all Contractor Representatives and comply with any rules or regulations adopted by the Owner or the Manager with respect to the operation, care or maintenance of the Property or the safety or health of any person on the Property. Manager reserves the right to suspend Contractor if Manager reasonably deems Contractor's work to be unsafe or if unsafe conditions or operations are observed. Any such interruption of work shall not excuse any delay in the timely completion of this work or impose any obligation or liability on Manager with regard to such unsafe condition.

9.  Contractor shall give Manager notice of any pending and/or threatened complaints, labor disputes or any other labor related problems that could affect or impede Contractor's performance of the Services or the Property.

10. Contractor agrees that its employees and subcontractors shall abide by Hunt Companies' ("Hunt") Code of Ethics ("Code"), and acknowledges that such Code has been received and

read by Contractor. This Code sets forth the basic foundations of Hunt's business practices. Contractor understands that Hunt may immediately terminate its relationship or contract with any contractor, vendor or subcontractor whose conduct violates applicable laws, regulations, the Code or basic standards of business honesty and integrity.

11. Contractor agrees annually to read and execute a vendor compliance letter outlining required insurance limits and certain other acknowledgements.

## EQUIPMENT AND SUPPLIES.

1. Contractor shall furnish all equipment and supplies necessary to perform the Services in accordance with the Work Specifications set out in Section II above and in compliance with any applicable laws. Contractor represents and warrants to Manager that all equipment used on the Property will be in proper operating condition and of a type that will not cause any hazard or danger to any person.

2. All materials and supplies used by the Contractor in the performance of the Services shall be new, appropriate for the specific work to be performed, and shall be transported, used, stored and disposed of as intended by the manufacturer, in compliance with any applicable laws, and otherwise acceptable to Manager.

3. Contractor shall not bring any hazardous substance or material onto the Property without giving Manager at least two (2) business days advance written notice thereof and then only in such reasonable and customary quantities as are necessary for the work being performed. All hazardous materials shall be transported, used, handled, stored and disposed of in strict and absolute conformance with their labels and specifications and any applicable law. Contractor hereby indemnifies, defends, and holds Owner and Manager, their members, officers, employees, agents and affiliates (each, an "Indemnified Party") harmless from and against any and all liabilities, fines, costs (including attorney's fees), damages, expenses, losses, judgments, arising from or related to the use or misuse by Contractor or Contractor Representatives (whether with or without Manager's knowledge) of any hazardous substances or materials in or about the Property, or the disposal thereof. For purposes of this Section VII.3, the term "hazardous materials" shall include, without limitation: (1) "hazardous wastes," as defined by the Resource Conservation and Recovery Act of 1976, as amended from time-to-time, (2) "hazardous substance," as defined by the Comprehensive Environmental Response, Compensation and Substances Control Act of 1980, as amended from time to time, (3) "toxic substances," as defined by the Toxic Substances Control Act, as amended from time to time, (4) "hazardous materials," as defined by the Hazardous Materials Transportation Act, as amended from time to time, (5) any applicable state or local laws and the regulations adopted under these acts, as amended from time to time, (6) oil or other petroleum products, (7) any highly combustible substance and (8) any other substance with federal, state or local law or regulation now or hereafter in effect identified as hazardous to health or the environment. Contractor's obligations herein shall survive the expiration or termination of this Agreement.

## PERMITS AND LICENSES.

1. Contractor represents and warrants to Manager that Contractor has, or will timely obtain, and shall maintain, at its sole expense, during the term of this Agreement all necessary permits and licenses required by any applicable law or governmental authority for the performance of the Services by Contractor or the Contractor Representatives. Contractor agrees to deliver a copy of all such permits and licenses to Manager, or to an on-site management representative designated by Manager, prior to commencing performance of the Services.

2. Contractor shall comply, and cause its Contractor Representatives to comply, with all applicable laws in the performance of the Services.

3. Contractor shall be responsible for obtaining any permits and paying any fees to obtain access to the installation for all necessary employees where work will be performed.

4. Contractor shall be responsible for obtaining base access for all employees and any associated costs if applicable.

## INSURANCE.

For insurance purposes, the work for this bid is classified as: Low Risk (Standard)

Contractor represents and warrants to Manager that Contractor has and shall maintain, at its sole expense, during the term of this Agreement:

1. Commercial General Liability - $1,000,000 combined single limit per occurrence for bodily injury, personal injury and property damage and $2,000,000 products/completed operations aggregate and $2,000,000 general aggregate limit applying separately to the Property.

2. Workers Compensation and Employers Liability – Workers' Compensation limits as required by applicable law in the state where the Services are performed and Employers Liability limits of $500,000.00 per accident.

3. Automobile Liability - $1,000,000 combined single limit per accident for bodily injury and property damage.

In addition to the above insurance, vendors classified as doing high risk work will need to have the coverage noted below in #4:

4. Umbrella - $2,000,000 per occurrence and $2,000,000 aggregate. The policy shall be written on an "umbrella form" providing coverages excess of the underlying policies referenced above.

5. Such insurance shall include the Owner, Manager and applicable military partner as additional insureds and shall be issued by companies acceptable to Owner and with a rating of at least A-VII. Contractor's Commercial General Liability and Workers Compensation

and Employers Liability insurance policies shall include waivers of subrogation in favor of such additional insureds. Prior to commencing the performance of the Services, Contractor shall submit to the Owner a current Certificate(s) of Insurance and, if required, related policy endorsements evidencing such insurance effective on or before the date of this Agreement. No payments for Services performed under this Agreement shall be made until current certificate(s) are delivered by Contractor to Owner.

6. Payments to Contractor shall be made each month for Services actually performed for the previous month. Payment will be made within 30 days after the 1st day of the month following the month in the Services were performed.

7. Payments may be delayed and/or amount of payment reduced should Contractor fail to maintain service frequency or quality standards as outlined in the Work Specifications described in Section II above. Manager shall be the sole judge of Contractor's performance, including timely performance and standard of performance.

## BILLING.

Services shall be billed and paid in accordance with the following terms:

1. Contractor shall submit all bills on a monthly basis to ensure timely processing of payment.

2. Payments to Contractor shall be made each month for Services actually performed for the previous month. Payment will be made within sixty (60) days after the

   1st day of the month following the month in the Services were performed.

3. Payments may be delayed and/or amount of payment reduced should Contractor fail to maintain service frequency or quality standards as outlined in the Work Specifications described in Section II above. Manager shall be the sole judge of Contractor's performance, including timely performance and standard of performance.

4. Payment to Contractor shall remain firm during the term of this Agreement.



# Acknowledgement of ITB

Submit Acknowledgement within 5 days of receipt, electronic confirmation is acceptable.

SOW #                Scope #:19605-7578-1000-2022

Installation

Keesler Air Force Base

Scheduled Site Visit    _____

Proposal Due Date       _____

I have received the ITB Packet, and I intend to:

- Submit bid before the Proposal Due date.                    _____

- Decline to bid at this time, but wish to receive future consideration.    _____

Reasons for declining at this time:

_____

_____

Signature:        _____

Company Name:     _____

Date:             _____

Attention Change of Occupancy Cleaning Vendors,

Thank you for your interest in the Change of Occupancy Cleaning contract Keesler, AFB located in Biloxi MS. Please see attached SOW and insurance requirements for working with Keesler Family Housing.

I will be available for any vendors that need to perform a site visit in order to prepare a bid. The date for this site visit is to be scheduled between the Maintenance Director and the company. The address for my office is 300 Patrick Dr., Biloxi, MS 39531.

I look forward to meeting you at that time.

Please send confirmation of Intent to Bid to brian.harrison@huntcompanies.com

Bid submission deadline is Noon on May 31, 2022.

Date: April 7, 2022

Vendor/Contractor:

Owner Entity: Southern Group LLC

Military Branch: Air Force

Atlanta | Chicago | Columbia | Denver | El Paso | Honolulu | Los Angeles | Memphis | Miami | New York | Philadelphia | Sacramento | San Francisco | Washington D C
INTERNATIONAL OFFICES: Abu Dhabi | London | Mexico City

DEVELOP   INVEST   MANAGE                                    huntcompanies.com

Case: 24Cl2:23-cv-00027   Document #: 1-2   Filed: 02/08/2023   Page 26 of 32

V. 13/12/4



HBC Property Managers, LLC
4401 N  Mesa Street El
Paso, TX  79902
(915)533-1122

Dear Bidder:

In order to achieve the highest standards, Hunt Military Communities is requiring all contractor and/or vendors who provide service, or any other type of repair, maintenance, or labor to comply with the following insurance coverage. Insurance carriers shall be authorized and licensed to do business in the state where the contracted work will take place and must have an AM Best rating of "A-VII" or better. You must submit your certificate of insurance before you begin work for Hunt Military Communities LLC.

Certificates of insurance must reflect the following additional insured entities:
HBC Property Managers LLC, and the United States of America acting by and through the Secretary of the. The certificate holder will need to be the owner entity c/o HBC Property Managers LLC along with the El Paso corporate address. An example certificate has been attached with  important wording.

An original endorsement with the aforementioned entities reflected as additional insured must be provided and is also to contain a provision that coverage afforded under the policies shall not be materially changed or cancelled without at least 30-days prior written notice to Hunt Military Communities LLC.

Following are required limits by insurance type.

**Commercial General Liability Insurance:** $1 million combined single limit per occurrence for bodily injury, personal injury and property damage and $2 million products/completed operations aggregate and $2 million general aggregate limit applying separately to each project.

Atlanta  I  Chicago  I  Columbia  I  Denver  I  El Paso  I  Honolulu  I  Los Angeles  I  Memphis  I  Miami  I  New York  I  Philadelphia  I  Sacramento  I  San Francisco  I  Washington D.C.
INTERNATIONAL OFFICES: Abu Dhabi  I  London  I  Mexico City

D E V E L O P .   I N V E S T .   M A N A G E .                                                                              huntcompanies.com

V  13/12/4

Workers Compensation/Employers Liability Insurance: Workers' Compensation limits as required by the Labor Code in the State where work is performed and Employers Liability limits of $500,000.00 per accident. Where applicable, coverage must also be extended to cover; US Longshoreman's & Harbor Workers Act, Maritime Extension, Federal Jones Act Extension.

Automobile Liability and Property Damage Insurance:  $1 million combined single limit per accident for bodily injury and property damage.

In addition to the insurance coverage, all contractors/vendors must comply with the following:

- Contractor/Vendor employees comply with Hunt's alcohol and drug free workplace requirements.
- Manager shall supply Contractor/Vendor with a copy of the Hunt Business Code of Ethics ("Code") to distribute to all employees prior to commencing contractual services. All Contractor/Vendor Owners and employees, as well as subcontractors and their employees, will abide by Hunt Companies' ("Hunt") Code of Ethics ("Code"), hereto attached as Exhibit "A." This Code sets forth the basic foundations of Hunt's business practices. Hunt may immediately terminate its relationship or contract with any contractor, vendor or subcontractor whose conduct violates applicable laws, regulations, the Code or basic standards of business honesty and integrity.
- Contractor/Vendor employees wear uniforms, or shirts with company logo (shirts required), and nametags at all times and have no visible body piercing and are well groomed.
- Smoking is not allowed in occupied or vacant homes and common areas.
- Contractors/Vendor must park in spaces assigned by the site or be subject to towing.
- All Contractor/Vendor employees must be trained in safety procedures and have proper safety equipment.
- The job site must remain clean and secure daily.
- Contractor/Vendor employees must be courteous to our residents, team members, Base personnel and other contractor/vendors.
- Contractors/Vendors may not use day laborers; all workers must be on Company payroll.
- Contractor/Vendor employees and any employees of such Contractor/Vendor's subcontractors, must be legally authorized to work in the United States. The Contractor/Vendor swears and affirmatively states by its signature below that its employees, and those of its subcontractors, are legally permitted to work in the United States, and that Contractor/Vendor has abided by any and all state, local and federal laws applicable to such Contractor/Vendor which may require registration with and participation in a federal work authorization program, or which may require the use of electronic verification of I-9 for all such employees. If any employee's or subcontractor employee's legal right to work in the United States expires, Contractor/Vendor agrees it shall immediately remove said employee from the applicable project and communicate the instance to the Manager. Hunt uses the following link for verifying its employees' eligibility for hire: https://public.lookoutservices.net/laborcheck/asp/login.asp As well as this service, there are several other sites available that provide the same type of verification service that Contractor/Vendor may choose to use. Access to Hunt projects and requests for Base passes will not be permitted if Contractor/Vendor is discovered to be in violation of this paragraph.

Atlanta | Chicago | Columbia | Denver | El Paso | Honolulu | Los Angeles | Memphis | Miami | New York | Philadelphia | Sacramento | San Francisco | Washington D.C.
INTERNATIONAL OFFICES: Abu Dhabi | London | Mexico City

DEVELOP.  INVEST.  MANAGE.                                                                                          huntcompanies.com
Case: 24CI2:23-cv-00027     Document #: 1-2     Filed: 02/08/2023     Page 28 of 32
v. 13/12/4

- Contractors/Vendors **CANNOT** give Hunt employees anything that could be construed as a kickback to include but not limited to gifts, trips or money.

- Contractors/Vendors may not provide free services to Hunt employees, residents or Base personnel.

- No duplication of invoice numbers is permitted.

- Contractor/Vendor owners and employees must disclose any personal or family relationships with on-site staff or other Hunt employees prior to rendering services. To avoid a conflict of interest or appearance of a conflict of interest, the definition of "relationships" should be interpreted very broadly to encompass any relationship except previous professional interactions. Please list any form of personal or family relationships in the following space provided. If no relationship exists please write "None."

_____

_____

_____

_____

- Contractor/Vendor owners and employees are trained in workplace safety via documented safety meetings and training, and are aware of the emergency action plan. Ongoing weekly inspections of equipment take place (including but not limited to PPE, tools, cords, ladders, lifts, scaffolding, generators and vehicles). Contractor/Vendor owners and employees will abide by the safety policies that Hunt Companies has in place and will consent to safety inspections by designated Hunt representatives.

We look forward to working with you.          I have read and acknowledge the
                                             terms and conditions of this letter.
Sincerely,

                                             By:_____
By:                                              Authorized Signatory
_____

Community Director

                                             Name:_____
                                                     Please Print

Name:  _Sandra Berkos_____
         Please Print

Atlanta | Chicago | Columbia | Denver | El Paso | Honolulu | Los Angeles | Memphis | Miami | New York | Philadelphia | Sacramento | San Francisco | Washington D.C.
INTERNATIONAL OFFICES: Abu Dhabi | London | Mexico City

D E V E L O P.   I N V E S T.   M A N A G E.                                        huntcompanies.com
Case: 24CI2:23-cv-00027     Document #: 1-2     Filed: 02/08/2023     Page 29 of 32

# Exhibit E - Certificate of Insurance Check List for Standard Subcontract Agreement

1. Check for a current date on the Certificate. The date the certificate is issued should be on or before the inception of the subcontract agreement.

2. Make sure the Agent information is complete.

3. Verify the Insured's name (subcontractor) is the same as on the subcontract agreement.

4. Check with insurance company rating site http://www.ambest.com to confirm insurance company's A. M. Best Key Rating is at least A-VII or better. When accessing the site, it may be necessary to use a password. Additional information may need to be requested from the Agent/Broker to determine the exact name of the insurance company.

5. Only the Occurrence Form ("OCCUR" box) General Liability is acceptable. The exception is asbestos abatement subcontractors. Contact Title or Risk Manager for all exceptions.

6. If there is no policy number you must contact the Agent/Broker to determine the validity of coverage. A "TBD" or "BIND" in the box is not a valid policy number.

7. Verify the policy effective dates cover the duration of subcontract/job.

8. The "Any Auto" box must be checked. The only exception is for the "All Owned Autos" box to be marked in place of "Any Auto" along with "Hired Autos", and "Non-owned Autos". Use of the "Scheduled Autos" box is unacceptable.

9. If ACORD 25(2009/09) is used, form must indicate "Y" Yes or "N" No if any Proprietor/Partner/Executive Officer/Member is excluded under the Workers Compensation section. If ACORD 25 (2009/09) is used and "YES" is marked indicating the Proprietor/Partner/Executive Officer/Member is excluded, this is unacceptable.

10. "WC Statutory Limits" box should be checked.

11. The complete description of the job must be noted.

12. Some insurance companies may not allow the subcontractor's coverages to be "Primary" or the Certificate Holder's insurance to be "secondary and non-contributory". This will need to be verified with the Agent/Broker. Contact Title or Risk Manager for all exceptions.

13. Worker's Compensation Policy to include standard "Broad Form Other States" endorsement.

14. The applicable:
    - HBC corporate entity; or
    - The special purpose entity at the applicable location; or
    - The legal owner entity for the corresponding location (not "Assumed Name") referenced in the subcontract must appear as the Certificate Holder. The mailing address for the applicable HBC corporate entity Certificate Holder will be the El Paso corporate address. It is acceptable for the owners name to appear as a Certificate Holder.

15. A minimum of thirty (30) days' notice of cancellation is required.

16. An original signature or a digitized signature of the individual Agent/Broker must appear.

# Certificate of Insurance – Standard Subcontract

Client#: 746428

HUNTCOMP4

## ACORD. CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY)
1 4/11/2013

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER 2 Insurance Agency/Broker Address 1 City, State, Zip Code Telephone Number | CONTACT NAME: PHONE (A/C, No, Ext): E-MAIL ADDRESS: FAX (A/C, No): |
|---|---|

| | INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|---|
| INSURED 3 Subcontractor Address 1 City, State, Zip Code | INSURER A : Insurance Company Name 4 | |
| | INSURER B : | |
| | INSURER C : | |
| | INSURER D : | |
| | INSURER E : | |
| | INSURER F : | |

## COVERAGES          CERTIFICATE NUMBER:          REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A 5 | GENERAL LIABILITY X COMMERCIAL GENERAL LIABILITY | | | Policy Number 6 | Eff Date 7 | Exp Date | EACH OCCURRENCE | $1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $50,000 |
| | CLAIMS-MADE X OCCUR | | | | | | MED EXP (Any one person) | $5,000 |
| | X BI/PD Ded: | | | | | | PERSONAL & ADV INJURY | $1,000,000 |
| | | | | | | | GENERAL AGGREGATE | $2,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: POLICY PRO-JECT LOC | | | | | | PRODUCTS - COMP/OP AGG | $2,000,000 |
| | | | | | | | | $ |
| A 8 | AUTOMOBILE LIABILITY X ANY AUTO | | | Policy Number 6 | Eff Date 7 | Exp Date | COMBINED SINGLE LIMIT (Ea accident) | $1,000,000 |
| | ALL OWNED AUTOS SCHEDULED AUTOS | | | | | | BODILY INJURY (Per person) | $ |
| | X HIRED AUTOS X NON-OWNED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | UMBRELLA LIAB OCCUR | | | | | | EACH OCCURRENCE | $ |
| | EXCESS LIAB CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | DED RETENTION $ | | | | | | 10 | $ |
| A 9 | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y/N ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? N N/A (Mandatory in NH) If yes, describe under DESCRIPTION OF OPERATIONS below | | | Policy Number 6 | Eff Date 7 | Exp Date | X WC STATU-TORY LIMITS OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $500,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $500,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $500,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

11 Re: Insert Project Description Here
12 Owner:  HBC Property Managers, LLC and the United States of America acting by and through the Secretary of the Air Force are Additional Insureds as required by written contract, under the General Liability, and
13 Automobile policies on a Primary and Non-Contributory basis.  Include Waiver of Subrogation in favor of the additional insured parties.  This insurance is Primary.  Certificate Holders Insurance is Secondary and Non (See Attached Descriptions)

| CERTIFICATE HOLDER | CANCELLATION 15 |
|---|---|
| 14 Owner c/o HBC Property Managers, LLC P.O. Box 12220 El Paso, TX 79913 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. AUTHORIZED REPRESENTATIVE 16 |

© 1988-2010 ACORD CORPORATION. All rights reserved.

ACORD 25 (2010/05)   1 of 2
#S2199506/M2199470

The ACORD name and logo are registered marks of ACORD

VG21

## DESCRIPTIONS (Continued from Page 1)

Contributory. Workers Compensation Policy includes standard Broad Form Other States Endorsement.

SAGITTA 25.3 (2010/05)   2 of 2
#S2199506/M2199470