IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**CRYSTAL CLEAR CLEANING, LLC**                                        **PLAINTIFF**

v.                                                   CIVIL ACTION NO. 1:23-cv-76-TBM-RPM

**HUNT MILITARY COMMUNITIES
MGMT, LLC**                                                            **DEFENDANT**

## ORDER

This matter came before the Court on the Motion to Dismiss [2] filed by Defendant Hunt Military Communities Mgmt., LLC on March 27, 2023. At the hearing on the Motion conducted on February 12, 2024, the Court, having considered the pleadings, the record, the oral arguments of the parties, and the relevant legal authority, announced on the record its detailed findings and conclusions.

IT IS THEREFORE ORDERED AND ADJUDGED that Defendant Hunt Military Communities Mgmt., LLC's Motion to Dismiss [2] is DENIED.

This, the 12th day of February, 2024.

TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE